# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| T & E CHICAGO, LLC, individually and on behalf of all others similarly situated,  )  )  )  Plaintiff,  )  )  v.  )  )  THE CINCINNATI INSURANCE COMPANY,  )  )  )  Defendant.  )  ) | Case No.: 1:20-cv-04001  Hon. Harry D. Leinenweber  Magistrate Judge: Hon. Sunil R. Harjani |

## DEFENDANT THE CINCINNATI INSURANCE COMPANY'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant The Cincinnati Insurance Company ("Cincinnati") hereby moves the Court to dismiss Plaintiff's Class Action Complaint (ECF Doc. #1) for failure to state a claim upon which relief can be granted. A Memorandum in Support of this Motion follows. Because this issue is a matter is of importance to multiple cases in the District Court, Defendant respectfully requests oral argument on its Motion.

Respectfully submitted by:

**THE CINCINNATI INSURANCE COMPANY**

By its Counsel:

/s/ Brian M. Reid_____ _____
Brian M. Reid
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
T: 312.781.6617 (Reid)
F: 312.781.6630
reid@LitchfieldCavo.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I, Brian M. Reid, hereby certify that on August 31, 2020, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF electronic filing system.

                                    /s/ Brian M. Reid